IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:10-CV-01187

DAVID BYRNE, an individual
and INDEX MUSIC, INC., a
New York corporation

      Plaintiffs,

v.

CHARLIE CRIST, an individual
and CHARLIE CRIST d/b/a
CHARLIE CRIST FOR UNITED
STATES SENATE; XYZ COMPANY(IES);
JOHN DOE(S); and JANE DOE(S)

      Defendants,

## ANSWER OF DEFENDANT CHARLIE CRIST

Defendant Charlie Crist answers the Complaint as follows:

    1.    Without knowledge.

    2.    Admitted that Crist retained The Stevens and Schriefer Group ("SSG") to produce an informational message informing voters about U.S. Senate Republican candidate Marco Rubio and that the message includes a portion of the sound recording of "Road to Nowhere." It is further admitted that Crist approved the informational message for publication on YouTube under the belief that SSG complied with all legal prerequisites for such publication, including compliance with the United States Copyright Act; otherwise denied.

    3.    Admitted that Defendant Charlie Crist served as Attorney General and Governor of the State of Florida; otherwise paragraph 3 contains conclusions of law to which no response is required or purported facts of which Crist is without knowledge.

4.      Admitted that, prior to April 30, 2010, Defendant Charlie Crist was competing for the Republican nomination for one of Florida's seats in the U.S. Senate and that Crist believed SSG had complied with all prerequisites to publishing the informational message; otherwise without knowledge.

5.      Paragraph 5 contains conclusions of law to which no response is required; otherwise denied.

6.      Without knowledge.

7.      Without knowledge.

8.      Admitted to the extent that Crist rents property in St. Petersburg, Florida. Otherwise, denied in that Crist, as Governor, resides in Tallahassee, Florida as required by Florida law.

9.      Without knowledge.

10.     Without knowledge.

11.     Without knowledge.

12.     The Charlie Crist for United States Senate is registered as a political committee with the Federal Election Commission pursuant to federal law and the Crist campaign organization has maintained a headquarters in St. Petersburg, Florida since May, 7, 2010, prior to which it maintained its headquarters in Tallahassee, Florida. Otherwise, denied.

13.     Admitted that some persons on some occasions acted as agents for Crist for limited purposes in connection with the Crist campaign for U.S. Senate. Otherwise, denied.

14.     Denied.

15.     The statement does not call for a response.

16.  Admitted that plaintiff is making allegations claimed to arise under the cited provisions and admitted that this Court has jurisdiction.

17.  Admitted that complete diversity exists, but denied that the amount at issue exceeds $75,000.

18.  Denied.

19.  Without knowledge.

20.  Without knowledge.

21.  Admitted that Crist retained SSG to produce an informational message informing voters about U.S. Senate Republican candidate Marco Rubio and that the message includes a portion of the sound recording of "Road to Nowhere." It is further admitted that Crist approved the informational message for publication on YouTube under the belief that SSG complied with the prerequisites for such publication, including compliance with the United States Copyright Act; otherwise without knowledge or denied.

22.  Without knowledge.

23.  Admitted that Crist believed SSG complied with all prerequisites to publishing the informational message; otherwise without knowledge.

24.  Denied that Crist intentionally, knowingly or willfully infringed any copyrights or created a false association with Byrne; otherwise without knowledge.

25.  Crist restates his response to paragraphs 1 through 24.

26.  Without knowledge.

27.  Without knowledge.

28.  Denied.

29.  Denied.

30. Denied.

31. Crist restates his response to paragraphs 1 through 30.

32. Without knowledge.

33. Admitted that Crist has certain limited responsibilities and ability to control the marketing activities of his campaign; otherwise, denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Crist restates his response to paragraphs 1 through 37.

39. Without knowledge.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

## FIRST AFFIRMATIVE DEFENSE

Venue does not lie in the Middle District of Florida.

## SECOND AFFIRMATIVE DEFENSE

Crist did not willfully infringe upon Plaintiffs' copyrights or trademark. Crist believed at all relevant times that SSG obtained permission to use the Sound Recording and otherwise complied with all prerequisites to publication. Crist would have prevented publication of the Sound Recording had he known Plaintiffs did not consent to the use. Crist did not select the

4

Sound Recording, authorize use of the Sound Recording, or post the Sound Recording to YouTube.

### THIRD AFFIRMATIVE DEFENSE

Crist did not supervise the alleged infringement, have a financial interest in the alleged infringement, or foster, promote, entice, or encourage the alleged infringement.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs did not incur any actual injury from the alleged infringement; any damages resulted from Plaintiffs' failure to mitigate.

### FIFTH AFFIRMATIVE DEFENSE

Crist did not act with an intent to injure Plaintiffs or to subject Plaintiffs to cruel and unjust hardship in conscious disregard for Plaintiffs' rights. Crist did not act willfully, maliciously or oppressively.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs do not have an enforceable trademark as neither Plaintiff Byrne's identity nor persona have secondary meaning.

**WHEREFORE**, Crist seeks an award in the amount of Crist's attorneys fees and costs in the above-styled litigation as permitted pursuant to 17 U.S.C. § 505.

GREENBERG TRAURIG, P.A.

*s/ Barry Richard*
BARRY RICHARD
FLORIDA BAR NO. 105599
BRIDGET K. SMITHA
FLORIDA BAR NO. 709581
101 EAST COLLEGE AVENUE

5

TALLAHASSEE, FLORIDA 32301
Telephone (850) 222-6891
Facsimile (850) 681-0207
richardb@gtlaw.com
smithab@gtlaw.com
*Counsel for Crist*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the foregoing was served by the court's electronic filing system upon the following counsel of record:

| | |
|---|---|
| Edward M. Livingston | Lawrence Y. Iser |
| Erica L. Loeffler | Gregory S. Gabriel |
| Bryan L. Loeffler | Kinsella Weitzman Iser Kump & Aldisert, LLP |
| The Livingston Firm | 808 Wilshire Blvd, Third Floor |
| 963 Trail Terrace Dr. | Santa Monica, CA 90401 |
| Naples, FL 34103 | (310) 566-9809 |
| (239) 262-8502 | (310) 566-9850 (fax) |
| (239) 261-3773 (fax) | |

*s/ Barry Richard*
**BARRY RICHARD**

*TAL 451,552,312v4 8-2-10*

6

GREENBERG TRAURIG, P.A.