IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BYRNE, an individual
and INDEX MUSIC, INC., a
New York corporation

CASE NO. 8:10-CV-01187-T26MAP

   Plaintiffs,

v.

CHARLIE CRIST, an individual
and CHARLIE CRIST d/b/a
CHARLIE CRIST FOR UNITED
STATES SENATE; THE STEVENS &
SCHRIEFER GROUP, a Washington D.C.
partnership, THE STEVENS & SCHRIEFER
GROUP, LTD., a Virginia Corporation,
RED OCTOBER PRODUCTIONS, INC.,
a Delaware Corporation, XYZ COMPANY(IES);
JOHN DOE(S); and JANE DOE(S)

   Defendants.

_____/

## JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

WHEREAS, this Joint Stipulation for Dismissal of Entire Action is submitted by Plaintiffs David Byrne and Index Music, Inc., Defendants Charlie Crist, Charlie Crist For United States Senate, The Stevens and Schriefer Group, The Stevens and Schriefer Group, Ltd. and Red October Productions, Inc.;

WHEREAS, the parties have resolved all claims and cross-claims

10451./59429.1

asserted in this action;

Based upon the foregoing, **IT IS HEREBY STIPULATED AND AGREED TO** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the parties, through their respective counsel of record, that this entire action, including all claims and cross-claims asserted therein, is hereby dismissed with prejudice. Except as otherwise agreed between the parties, each party shall bear its own costs and fees.

Dated: May 5, 2011

           /S/ Gregory S. Gabriel
Gregory S. Gabriel
California SBN 239902
ggabriel@kwikalaw.com

Lawrence Y. Iser
California SBN 094611
liser@kwikalaw.com

KINSELLA WEITZMAN ISER KUMP &
ALDISERT LLP
808 Wilshire Boulevard, Third Floor
Santa Monica, California 90401
(310) 566-9809
(310) 566-9850 Fax
Attorneys For Plaintiffs David Byrne and Index Music, Inc.

/s/ Michael P. Matthews
Michael P. Matthews
Florida Bar No. 063988
mmatthews@foley.com
Foley & Lardner LLP
100 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone: 813.225.4131

10451./59429.1

2

Telephone: 813.225.4131
Facsimile: 813.221.4210
Attorneys For The Stevens & Schriefer Group,
The Stevens & Schriefer Group, Ltd. and
Red October Productions, Inc.

_____
Frank Kruppenbacher
Florida Bar No. 0238597
Morgan & Morgan, Attorneys at Law
16th Floor, 20 North Orange Avenue
Orlando, FL 32801
(407) 420-1414
(407) 425-8171
Counsel for the Defendant Charlie Crist d/b/a
Charlie Crist for United States Senate